IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-cr-00138-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DARNELL WAYNE HINKLE,

      Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A supervised release violation hearing is set in the above-captioned case for **Thursday, September 8, 2011 at 10:00 a.m.**

      Dated:  August 19, 2011